**UNITED STATES COURT OF APPEALS**
**for the Fifth Circuit**

_____

No. 97-40443
_____


SCOTTSDALE INSURANCE COMPANY

Plaintiff-Counter Defendant-Appellant,

VERSUS

ASASH TERMITE & PEST CONTROL INC.; HENRY FERNANDEZ,

Defendants-Counter Claimants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Texas
(L-95-CV-42)
_____

September 8, 1998


PER CURIAM:[*]

AFFIRMED.  See 5th Cir. R. 47.6.

-------------------------

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.